FILED

UNITED STATES DISTRICT COURT    18 JUN 21  PM 1:19
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION    CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

  v.       CASE NO. 8:18-cr-167-T-17JSS

DOUGLAS EDWIN CASIMIRI,
MARY KATHRYN MARR, and
MICHEL MARC CHATEAU



## O R D E R

  The Motion to Seal Superseding Indictment and Related Documents

filed by the United States is hereby GRANTED, and the Clerk of Court is so

directed.

  The Clerk is further directed to seal the Superseding Indictment in this

cause except when necessary to provide certified copies of the Superseding

Indictment to the United States Attorney's Office;

  It is further ordered that upon verbal request from the United States

Attorney's Office, the United States Marshals Service is to release a certified

copy of the arrest warrant(s) to the case agent or other appropriate law

enforcement and/or to the United States Attorney's Office without further

order of the Court. It is further ordered that the United States Marshals

Service or other appropriate law enforcement agency may enter the arrest

SEALED

warrant(s) into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the Superseding Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

It is further ordered that the United States may disclose the existence of the Superseding Indictment and arrest warrant(s) to government personnel, including personnel of a foreign government, as necessary to assist in the apprehension of the defendant(s) and their extradition to the United States.

FOR ALL OTHER PURPOSES, the Indictment in this case **shall remain sealed**.

DONE AND ORDERED at Tampa, Florida, this 21st day of June, 2018.

_____
AMANDA A. SANSONE
United States Magistrate Judge

2