UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:18-cr-167-T-17JSS

MICHEL MARC CHATEAU
_____/

**ORDER OF DETENTION**

This cause is before the Court on the matter of the Defendant's release or detention. The Defendant stands indicted on one count of conspiracy to commit money laundering and thirty-four counts of money laundering. (Doc. 42). The government seeks to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(2)(A), alleging that he poses a serious risk of flight. The Defendant defers on the matter, electing to reserve the right to address the issue of his release at a later date.

For the reasons proffered by the government on the record, the government's motion to detain the Defendant is granted. Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for consultation with counsel. On order of a court of the United States or on request

of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding in this matter.

DONE and ORDERED in Tampa, Florida, this 4th day of October 2018.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge